

ROBERT W. STONE
    Plaintiff,

vs.

U.S. PAROLE COMMISSION
PATRICIA K. CUSHUA, PAROLE COMMISSIONER
    Respondent

Case No. 1:19-cv-380

Private International Claim
By Private Citizen

## CRIMINAL COMPLAINT

On October 23, 2018, Mr. Stone submitted documents notifying the parole commissioner that he was a private citizen and that Ms. Patricia K. Cushua was appointed as his trustee inreference to the private business trust known as; "ROBERT W. STONE", that this appointment was made in a lawful manner and all trustee(s) must stand full with clean hands. See Certified mail return receipt attached.

    Furthermore, the private citizen notified the commissioner that his constitutional rights were violated when he was disqualified for parole, when he should've qualified for parole approximately 2015. The documents/affidavits outline numerous infractions committed by the parole commission violating Mr. Stone's due process and what steps Mr. Stone would take if the violations continued.

*Robert W. Stone* (signature)

Mr. Stone has exhauted all administrative remedies pertaining to his parole being granted. Mr. Stone being the beneficiary of the said trust hereby claim's that Ms. Cushua and the Parole Commission is in breach of a private trust and numerous other infractions of Title § 18. Below is a template on just some of the infractions pertaining to this "Criminal Complaint", and request the "INSURANCE COMMISSION", for a full investigation of all the allegations hereto;

1). Criminal Complaints for breach of private trusts by the appointed trustee(s) and parole commissioner;

2). Violation of the beneficiaries 5th Amendment Constitutional Rights of due process;

3). Criminal conduct involving municipal bonds, theft of public funds, involuntary servitude, peonage, kidnapping, duress, miscarriage of justice, RICO, violating the U.S. Bankruptcy laws etc;

4). Income Tax Evasion, Domestic terrorism, securities fraud, malpractice, discrimination, racism, computer fraud, treason.

The Beneficiary/Mr. Stone is requesting a full investigation involving all allegations hereto. Please notify immediately as to the progress of this investigation in a timely manner because this is a private matter and time is of the essence.
Thank you in advance.

*Robert W. Stone*

## CERTIFICATE OF SERVICE

I, Mr. Robert W. Stone, Private citizen, American National, swears under the penalty of perjury that the following statements are true, correct and complete to the best of my knowledge.

On this 30th day of April, 2019

*ALL RIGHTS RESERVED

By: *Robert W. Stone*
Mr. Robert W. Stone, Beneficiary
Private Citizen American National
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1009
WELCH, WV 24801

By: *Love*
Witness
Truth
Peace
Freedom
Justice

3 of 3

*Robert L. Stone* [signature and fingerprint]