IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

ROBERT W. STONE,

    Plaintiff,

v.                              CIVIL ACTION NO. 1:19-00380

PATRICIA K. CUSHUA,

    Defendants.

**MEMORANDUM OPINION AND ORDER**

Pending before the court is plaintiff's motion for an extension of time to file objections to Magistrate Judge Aboulhosn's Proposed Findings and Recommendation ("PF&R"). (ECF No. 11.) Plaintiff requests an extension of "at least 45 to 60 days." (Id.)

In support of his motion, plaintiff states there was a delay in his receipt of the PF&R "due to photocopying backlog." (Id.) He also stated that he "will need to have documents sent back to the prison" to prepare his objections. (Id.)

For good cause shown, plaintiff's motion for an extension is **GRANTED,** and the deadline for plaintiff to file all objections to the PF&R is **EXTENDED** to **August 1, 2022.**

The Clerk is directed to send a copy of this Order to counsel of record and any unrepresented parties.

**IT IS SO ORDERED** this 7th day of July, 2022.

                                            ENTER:

                                            David A. Faber
                                            Senior United States District Judge